UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO! INC. SECURITIES LITIGATION | Case No. 17-CV-00373-LHK<br>**ORDER RE: CASE SCHEDULE**<br>Re: Dkt. No. 68 |

The parties have been requesting postponement of the case schedule since October 13, 2017 because of possible settlement. On January 23, 2018, the parties filed a joint settlement status update representing that most of the parties have reached a settlement agreement, but that Plaintiff Ben Maher has not agreed to the settlement at this time. ECF No. 68 at 2. The parties request that the Court vacate the deadlines set in the Court's November 22, 2017 Order Denying Motion to Dismiss and Motion for Joinder as Moot, ECF No. 65. The parties' request is DENIED.

**IT IS SO ORDERED.**

Case No. 17-CV-00373-LHK
ORDER RE: CASE SCHEDULE

1

Dated: January 24, 2018

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00373-LHK
ORDER RE: CASE SCHEDULE