# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE YAHOO! INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 5:17-CV-00373-LHK<br>Hon. Lucy H. Koh |

## SUMMARY NOTICE OF PROPOSED CLASS-ACTION SETTLEMENT

To: **All Persons Who Purchased Yahoo!, Inc. securities between April 30, 2013 and December 14, 2016, inclusive.**

A hearing will be held on _____ at ____ _.m. before the Honorable Lucy H. Koh at the United States District Court for the Northern District of California, 280 South 1st Street, Courtroom 8, San Jose, CA 95113, to determine: (1) whether the proposed Settlement for $80 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the settlement proceeds is fair and reasonable; (3) whether the application for an award of attorneys' fees of up to $_____ and reimbursement of expenses of not more than $_____ and a payment of no more than $_____ to each of the two Class Representatives for their reasonable costs and expenses should be approved; and (4) whether the Action should be dismissed with prejudice against the Defendants, as set forth in the Stipulation and Agreement of Settlement (the "Stipulation") filed with the Court.

If you have not received the detailed Notice of Proposed Class-Action Settlement (the "Notice") and Proof of Claim and Release Form, you may obtain them free of charge at www.yahoosecuritieslitigation.com or by contacting the Settlement Administrator at In re Yahoo! Inc. Securities Litigation, c/o JND Legal Administration, P.O. Box 91347, Seattle, WA 98111, or at info@yahoosecuritieslitigation.com.

1

If you purchased Yahoo! Inc. ("Yahoo") securities between April 30, 2013 and December 14, 2016, inclusive, **your rights may be affected by this Settlement**. As further described in the Notice, **you will be bound by any Judgment entered in the Action**, whether or not you make a claim, unless you request exclusion from the Settlement Class, in the manner set forth in the Notice, no later than _____, 2018.

If you are a member of the Settlement Class and wish to share in the Settlement proceeds, you must submit a Proof of Claim no later than _____, 2018 establishing that you are entitled to recovery. Any objections to the Settlement, Plan of Allocation, or application for attorneys' fees and expenses must be made in writing and must be provided to the Court and parties, in the manner set forth in the Notice, no later than _____, 2018.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** Inquiries, other than requests for the Notice, may be made to Class Counsel at the addresses below.

| | |
|---|---|
| Joshua L. Crowell<br>Joseph Cohen<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150 | Jeremy A. Lieberman<br>POMERANTZ LLP<br>600 Third Avenue, Floor 20<br>New York, NY 10016<br>Telephone: (212) 661-1100 |

Dated: _____, 2018

_____
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA