1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants
   ALTABA INC. (F.K.A. YAHOO! INC.) and
7  MARISSA MAYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE YAHOO! INC. SECURITIES LITIGATION | Case No. 17-CV-00373 (LHK) |
| | **DECLARATION OF JUDSON E. LOBDELL IN SUPPORT OF YAHOO! INC. AND MARISSA MAYER'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

I, Judson Lobdell, hereby declare as follows:

I am an attorney admitted to practice in the State of California and before this Court. I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Defendants Altaba Inc., formerly known as Yahoo! Inc. ("Yahoo"), and Marissa Mayer. I make this declaration in support of Yahoo Inc. and Marissa Mayer's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint. Unless stated otherwise, I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of a web post attributed to Ron Bell, and published to Yahoo's website, titled "Sharing Our First Transparency Report." The article is dated September 6, 2013.

2. Attached hereto as **Exhibit 2** is a true and correct copy of an article by Jon Xavier, published in the Silicon Valley Business Journal, titled "At Yahoo, Ron Bell Stood Up for Users' Privacy." The article is dated March 14, 2014.

3. Attached hereto as **Exhibit 3** is a true and correct copy of a web post attributed to Jeff Bonforte, and published to Yahoo's website, titled "An Update on Our DMARC Policy to Protect Our Users." The article is dated April 11, 2014.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the written testimony of Alex Stamos before the Senate Homeland Security and Government Affairs Subcommittee on Investigations, May 15, 2014.

5. Attached hereto as **Exhibit 5** is a true and correct copy of a web post attributed to Ron Bell, and published to Yahoo's website, titled "Surveillance Revelations One Year On." The article is dated June 5, 2014.

6. Attached hereto as **Exhibit 6** is a true and correct copy of a presentation titled "Building Security at Scale." The presentation was delivered at the 2014 Black Hat USA Conference, by Alex Stamos on August 7, 2014.

7. Attached hereto as **Exhibit 7** is a true and correct copy of a web post attributed to Ron Bell, and published to Yahoo's website, titled "Shedding Light on the Foreign Intelligence

Surveillance Court (FISC): Court Findings from Our 2007-2008 Case." The article is dated September 11, 2014.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the "Users First" section of Yahoo's Transparency Report dated March 26, 2015.

9. Attached hereto as **Exhibit 9** is a true and correct copy of a web post attributed to Ron Bell, and published to Yahoo's website, titled "Users First: Sharing Our Transparency Report." The article is dated March 27, 2015.

10. Attached hereto as **Exhibit 10** is a true and correct copy of a web post attributed to Daryl Low, and published to Yahoo's website, titled "App Transport Security 101 for Yahoo Developers: Improving Security of the Overall Internet Ecosystem." The article is dated September 17, 2015.

11. Attached hereto as **Exhibit 11** is a true and correct copy of a web post attributed to Ron Bell, and published to Yahoo's website, titled "Why We Support Apple." The article is dated March 3, 2016.

12. Attached hereto as **Exhibit 12** is a true and correct copy of a Current Report on Form 8-K filed by Yahoo with the SEC on July 25, 2016, attaching the Stock Purchase Agreement between Yahoo! Inc. and Verizon Communications Inc.

13. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from a Preliminary Proxy Statement on Schedule 14A filed by Yahoo with the SEC on September 9, 2016.

14. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from a Definitive Proxy Statement on Schedule 14A filed by Yahoo with the SEC on April 24, 2017.

15. Attached hereto as **Exhibit 15** is a true and correct copy of a press release published by Yahoo dated June 13, 2017 and titled "Yahoo Completes Sale of Operating Business; Company to Be Re-Named Altaba and Register as Investment Company."

16. Attached hereto as **Exhibit 16** is a chart reflecting the daily opening, closing, high, and low prices for Yahoo's stock from April 30, 2013 through April 4, 2017. This chart was created by a paralegal under my direction. The mean closing price reflected in the chart for the

period between January 5, 2017 and April 4, 2017 (inclusive), rounded to the nearest cent, is $44.87.  The data that populates this chart was downloaded from Yahoo! Finance: https://finance.yahoo.com/quote/AABA/history?period1=1367305200&period2=1491289200&interval=1d&filter=history&frequency=1d

17. Attached hereto as **Exhibit 17** is a true and correct copy of the indictment filed by the Department of Justice on February 28, 2017 in the case captioned *United States of America v. Dokuchaev et al.*, CR17-103, in the Northern District of California.

18. Attached hereto as **Exhibit 18** is a true and correct copy of an article by Joseph Cox, published in Motherboard, titled "Yahoo 'Aware' Hacker is Advertising 200 Million Supposed Accounts on Dark Web."  The article is dated August 1, 2016.

19. Attached hereto as **Exhibit 19** is a true and correct copy of a press release published on Yahoo's website, dated September 22, 2016 titled "An Important Message to Yahoo Users on Security."

20. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from an Annual Report on Form 10-K filed by Yahoo with the SEC on March 1, 2017.

21. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from a Quarterly Report on Form 10-Q filed by Yahoo with the SEC on November 9, 2016.

22. Attached hereto as **Exhibit 22** is a true and correct copy of a Current Report on Form 8-K filed by Verizon Communications Inc. with the SEC on October 3, 2017, a press release titled "Yahoo Provides Notice to Additional Users Affected by Previously Disclosed 2013 Data Theft."

23. Attached hereto as **Exhibit 23** is a true and correct copy of a guidance memorandum published by the Securities and Exchange Commission's Division of Corporation Finance titled CF Disclosure Guidance: Topic No. 2 Cyber Security.  The guidance memorandum is dated October 13, 2011.

24. Attached hereto as **Exhibit 24** is a true and correct copy of a web post attributed to Chris Rohlf, and published to Yahoo's website, titled "Users First: Our Vulnerability Disclosure Policy."  The article is dated December 9, 2014.

25. Attached hereto as **Exhibit 25** is a true and correct copy of a web post attributed to Bob Lord, and published to Yahoo's website, titled "Notifying Our Users of Attacks by Suspected State-Sponsored Actors." The article is dated December 21, 2015.

26. Attached hereto as **Exhibit 26** is a true and correct copy of a news article published by Reuters, titled "Yahoo Security Problems a Story of Too Little, Too Late." The article is dated December 18, 2016 and available at https://www.reuters.com/article/us-yahoo-cyber-insight/yahoo-security-problems-a-story-of-too-little-too-late-idUSKBN1470WT

27. Attached hereto as **Exhibit 27** is a true and correct copy of charts reflecting Lead Plaintiffs' transactions in Yahoo securities, filed with this court on March 27, 2017 at Dkt. Nos. 13-2 and 13-3. The option securities listed in the chart for Lead Plaintiff Maher appear to follow the naming convention: 1. Ticker symbol of the underlying stock; 2. expiration date of the option in the format DDMMMYY; 3. option type, either P or C, for put or call; and 4. strike price. For example, the option labeled "YHOO 17JAN15 38.0 C" appears to reflect a call option for Yahoo common stock with an exercise date of January 17, 2015 and a strike price of $38.00.

28. Attached hereto as **Exhibit 28** is a true and correct copy of a chart reflecting Plaintiff Talukder's transactions in Yahoo stock, filed on March 21, 2017, in the action titled *Talukder v. Yahoo! Inc. et al.*, 5:17-cv-1525-LHK, N.D. Cal.

Executed this 2nd day of March 2018, at San Francisco, California.

/s/ *Judson E. Lobdell*

Judson E. Lobdell