```
KEKER, VAN NEST & PETERS LLP
STUART L. GASNER - # 164675
sgasner@keker.com
JO W. GOLUB - # 246224
jgolub@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188
```

Attorneys for Defendant RONALD S. BELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO! INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | Case No. 17-CV-00373-LHK<br><br>**DEFENDANT RONALD S. BELL'S JOINDER IN DEFENDANTS YAHOO! INC. AND MARISSA MAYER'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:    May 3, 2018<br>Time:   1:30 p.m.<br>Dept:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

Defendant Ronald S. Bell hereby joins in the Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint filed by Defendants Altaba Inc., formerly known as Yahoo! Inc. and Marissa Mayer (Dkt. 75) (the "Motion"). For the reasons set forth in the Motion, the Court should dismiss both counts of the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (Dkt. 70) as against Mr. Bell in their entirety and with prejudice.

Dated: March 2, 2018                                KEKER, VAN NEST & PETERS LLP

                                          By:  *Jo. W. Golub*
                                               JO W. GOLUB

                                               Attorneys for Defendant RONALD S. BELL