UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO! INC. SECURITIES LITIGATION | Case No. 17-CV-00373-LHK<br><br>**ORDER DENYING MOTION TO DISMISS AND MOTIONS FOR JOINDER AS MOOT**<br><br>Re: Dkt. Nos. 75, 79, 80 |

The Lead and Named Plaintiffs have all joined the Motion for Preliminary Approval of Settlement. ECF Nos. 73, 82. Accordingly, the Court DENIES AS MOOT Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, ECF No. 75, and Motions for Joinder, ECF Nos. 79, 80.

If the Court denies the Motion for Preliminary Approval of Settlement, the Court will renotice the hearing on Defendants' March 2, 2018 Motion to Dismiss and provide Defendants one week to file a reply.

**IT IS SO ORDERED.**

Dated: April 16, 2018

_____
LUCY H. KOH
United States District Judge