# EXHIBIT 2

Daniel L. Russell
513 Neal Ct
Schaumburg, IL 60193

CAROL STREAM IL 601
15 AUG 2018 PM 7 L

Jeremy A. Lieberman
Pomerantz LLP
600 Third Avenue, Floor 20
New York, NY 10016

# Daniel L. Russell
Schaumburg, Illinois 60193 • danrussell@protonmail.com

August 14th, 2018 via mail.
reply by mail or email

## OBJECTION TO CLASS-ACTION SETTLEMENT AS PROPOSED
## IN RE YAHOO INC SECURITIES LITIGATION

To Lead Counsel,

I object to the Plan of Allocation as currently presented regarding the Yahoo Securities Litigation, Case No. 17-CV-00373-LHK.

On 03/17/16, I purchased 3 shares of YHOO stock for a total cost of $102.93, excluding a $7.00 per trade commission charged by my broker, Scottrade.

On 10/25/16, I sold 3 shares of YHOO stock for total proceeds of $127.95, excluding a $7.00 per trade commission charged by my broker, Scottrade.

I am a lay person when it comes to stock and encumbered difficulty in filing my claim form, and I hope that my documentation as presented satisfies review. I have submitted my claim, reference code X4A49-8G9EF, for your consideration if need be.

I disagree with the Plan of Allocation because, even as a shareholder who was allegedly wronged by Defendants, my recovery under the Plan is not possible under its current terms. My three shares in the company, each purchased on March 17, 2016 at an inflation of **$5.00 per-share** (according to Table 1 of the notice), are instead given an inflation value when considering the sale occurring on October 25, 2016 of **$3.04 per-share**, cutting me just short of the $10 threshold for recovery under the current Plan of Allocation.

I could be wrong on the math, given the complex language of the Notice, but if I am not, that would rule myself and many others out of the Settlement, despite taking our time and good faith to fill out the Proof of Claim and Release form. Thus, I object to the stipulation in the "**INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS**" that prohibits me, and all other Authorized Claimants with recognized losses, from seeking recovery. I would like to participate and seek the benefits afforded all other Authorized Claimants who would be distributed $10 or more from the Plan.

In the age of democratized stock trading, no corporation should be held less to account than they are now. I thank you for advocating on behalf of shareholders like myself. It is my hope you will agree and move for me and fellow Authorized Claimants to take part in this Settlement.

Daniel L. Russell

Address: 513 Neal CT, Schaumburg IL 60193
Phone: 847-524-9248 (home) / 224-704-1014 (cell)
Email: danrussell@protonmail.com